UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GIBRALTAR CABLE BARRIER SYSTEMS, LP, GIBRALTAR MATERIAL DISTRIBUTION, LP, FOUNDATION FENCE, INC. AND WILLIAM H. NEUSCH, <br><br> vs. <br><br> STEPHEN NEUSCH, NEU SECURITY SERVICES, LLC, AND BLACK SECURITY PRODUCTS, LLC, | CIVIL NO:   AU:16-CV-00418-LY |

## **LIST OF WITNESSES**

| **FOR PLAINTIFF** | **FOR DEFENDANT** |
|---|---|
| 1. Tom Peng (by video diposition) | 1. Stephen Neusch |
| 2. Stephen Neusch | 2. |
| 3. Ronnie Reynolds | 3. |
| 4. William Neusch | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |