UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GIBRALTAR CABLE BARRIER SYSTEMS, LP, GIBRALTAR MATERIAL DISTRIBUTION, LP, FOUNDATION FENCE, INC., WILLIAM H. NEUSCH, NEUSCH INNOVATIONS, LP | § § § § § § | |
| vs. | § § § | CIVIL NO: AU:16-CV-00418-LY |
| STEPHEN NEUSCH, NEU SECURITY SERVICES, LLC, BLACK SECURITY PRODUCTS, LLC, BETAFENCE USA LLC, PAUL NEUSCH, NEU SECURITY SERVICES, LLC, BLACK SECURITY PRODUCTS, LLC, | § § § § § § § | |

## **LIST OF WITNESSES**

| **FOR PLAINTIFF** | **FOR DEFENDANT** |
|---|---|
| 1.   JIM BRYER | 1. |
| 2.   STEPHEN NEUSCH | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |