IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 MAY 26 AM 10: 06

| | |
|---|---|
| GIBRALTAR CABLE BARRIER SYSTEMS, LP, GIBRALTAR MATERIAL DISTRIBUTION, LP, FOUNDATION FENCE, INC., AND WILLIAM NEUSCH,<br>　　　　　PLAINTIFFS,<br><br>V.<br><br>STEPHEN NEUSCH, NEU SECURITY SERVICES, LLC, AND BLACK SECURITY PRODUCTS, LLC,<br>　　　　　DEFENDANTS. | §§§§§§§§§§§§§ CAUSE NO. 1:16-CV-418-LY |

## ORDER

Before the court are Plaintiffs' Emergency Motion to Modify the Preliminary Injunction and Appoint Ronney Reynolds as Limited Receiver with Power over the Business Financial Affairs of Black Security Products, LLC, Neu Security Services, LLC, and Stephen Neusch (Clerk's Doc. No. 114), and Plaintiffs' Amended Emergency Motion to Modify the Preliminary Injunction, Appoint Ronney Reynolds as Limited Receiver with Power over the Business Financial Affairs of Black Security Products, LLC, Neu Security Services, LLC, and Stephen Neusch, and Disgorge Certain Funds Transferred To Defendants' Attorneys (Clerk's Doc. No. 157). The parties have informed the court that they have reached a partial settlement of this matter and there is no longer a need for the appointment of a receiver (Clerk's Doc. No. 187). Accordingly,

**IT IS ORDERED** that Plaintiffs' Emergency Motion to Modify the Preliminary Injunction and Appoint Ronney Reynolds as Limited Receiver with Power over the Business Financial Affairs of Black Security Products, LLC, Neu Security Services, LLC, and Stephen Neusch (Clerk's Doc. No. 114), and Plaintiffs' Amended Emergency Motion to Modify the

Preliminary Injunction, Appoint Ronney Reynolds as Limited Receiver with Power over the Business Financial Affairs of Black Security Products, LLC, Neu Security Services, LLC, and Stephen Neusch, and Disgorge Certain Funds Transferred to Defendants' Attorneys (Clerk's Doc. No. 157) are **DISMISSED** without prejudice.

SIGNED this _26th_ day of May, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE